```
       IN THE UNITED STATES DISTRICT COURT FOR THE
               SOUTHERN DISTRICT OF ALABAMA
                      SOUTHERN DIVISION
```

BRANDON LADD,                         :

    Plaintiff,                     :

vs.                                   : CIVIL ACTION 12-0107-WS-M

COI BARTON,
                                      :
    Defendant.


ORDER

After due and proper consideration of all pleadings in this file, and there having been no objections filed, the Recommendation of the Magistrate Judge made under 28 U.S.C. § 636(b)(1)(B) is adopted as the opinion of this Court.

It is ORDERED that Plaintiff's Complaint be and is hereby DISMISSED with prejudice.

DONE this 20th day of September, 2012.

                                        s/WILLIAM H. STEELE
                                        CHIEF UNITED STATES DISTRICT JUDGE