```
            IN THE UNITED STATES DISTRICT COURT FOR THE
                   SOUTHERN DISTRICT OF ALABAMA
                          SOUTHERN DIVISION

BRANDON LADD,                          :

     Plaintiff,                        :

vs.                                    :  CIVIL ACTION 12-0107-WS-M

COI BARTON,                            :

     Defendant.                        :
```

## JUDGMENT

It is ORDERED, ADJUDGED, and DECREED that Plaintiff's Complaint be and is hereby DISMISSED with prejudice.

DONE this 20th day of September, 2012.

s/WILLIAM H. STEELE  
CHIEF UNITED STATES DISTRICT JUDGE
