```
         IN THE UNITED STATES DISTRICT COURT FOR THE
                 SOUTHERN DISTRICT OF ALABAMA
                       SOUTHERN DIVISION
```

BRANDON LADD,                         :

    Plaintiff,                    :

vs.                                   : CIVIL ACTION 12-0107-WS-M

COI BARTON,
                                      :
    Defendant.

## JUDGMENT

It is ORDERED, ADJUDGED, and DECREED that Plaintiff's Complaint be and is hereby DISMISSED with prejudice.

DONE this 20th day of September, 2012.

                                          s/WILLIAM H. STEELE
                                          CHIEF UNITED STATES DISTRICT JUDGE